UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BEN H. MCMILLAN, JR.,

        Plaintiff,

        v.

LOUISA E. PAZIENZA-MCMILLAN,

        Defendant.

Civil Action No. 19-8301 (MAS) (TJB)

**ORDER**

This matter comes before the Court on two motions: Plaintiff Ben H. McMillan, Jr.'s ("Plaintiff") Motion to Remand and Vacate Default (ECF No. 11) and Defendant Louisa E. Pazienza-McMillan's ("Defendant") Motion for Default Judgment (ECF No. 14). Defendant opposed the Motion to Remand and Vacate Default (ECF Nos. 12, 13), and Plaintiff did not file a reply. Plaintiff did not respond to Defendant's Motion for Default Judgment but addressed the issue in his prior submission. (*See* ECF No. 11.) The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and for other good cause,

IT IS, on this 19th day of November 2021, **ORDERED** as follows:

1. Plaintiff's Motion to Remand and Vacate Default (ECF No. 11) is **GRANTED**.

2. Defendant's Motion for Default Judgment (ECF No. 14) is **DENIED**.

3. The case is hereby remanded to the Superior Court of New Jersey, Monmouth County, Family Part, pursuant to 28 U.S.C. § 1447(c).

                                                                                  */s/ Michael A. Shipp*
                                                                                  MICHAEL A. SHIPP
                                                                                  UNITED STATES DISTRICT JUDGE